[No. 7,965–7,966.—In Bank.]
June 29, 1882.

## M. J. O'CONNOR *v.* B. F. GOOD ET AL. M. J. O'CONNOR *v.* DANIEL HAZARD ET AL.

STATE PATENT—STATE LANDS—JURISDICTION OF LAND OFFICERS.—Affirmed on the authority of *O'Connor* v. *Frasher*, 56 Cal. 499.

APPEALS from judgments for the plaintiffs, and from orders denying new trials, in the Superior Court of Los Angeles County. HINES, J.

*Will. D. Gould* and *James H. Blanchard*, for Appellants.

*John D. Bicknell*, for Respondents.

The COURT:

The facts, as they appear from the records of these cases, are identical with those in the record of the case of *O'Connor* v. *Frasher et al.*, 56 Cal. 499, and, upon the authority of that case, the judgments in these cases are affirmed.

MYRICK. J., dissented.